UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| TAM MINH NGUYEN, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO.   C07-1756-RSM-MJB |
| | ) | (CR04-486-RSM) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER DENYING § 2255 MOTION |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's § 2255 motion, the government's response, petitioner's reply, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's § 2255 motion is DENIED and this action is DISMISSED with prejudice.

(3)   The Clerk is directed to send a copy of this Order to petitioner, and to counsel for respondent.

DATED this _19_ day of _March, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING § 2255 MOTION